165 A.3d 468

**PACKER, Terrence Vernard**

v.

**STATE of Maryland**

**Pet. Docket No. 127, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 342, Sept. Term, 2016).

Petition for writ of certiorari denied

∎

165 A.3d 468

**PEAMON**

v.

**BALTIMORE CO.**

**Pet. Docket No. 116, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Petition for writ of certiorari denied